1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRIS CHANG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. 2:12-MJ-00118-EFB
                                    )
12              Plaintiff,          ) ORDER CONTINUING ARRAIGNMENT
                                    )
13      v.                          )
                                    )
14 WAYNE W. PERKINS,                ) Date:    June 25, 2012
                                    ) Time:    10:00 a.m.
15              Defendant.          ) Judge:   Hon. Edmund F. Brennan
                                    )
16 _____   )

17

18      It is hereby ordered that the arraignment currently scheduled for

19 June 25, 2012, at 10:00 a.m. be continued to August 8, 2012, at 2:00

20 p.m.

21      IT IS SO ORDERED.

22 Dated: June 25,2012.
                                    EDMUND F. BRENNAN
23                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28